UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GUIDEONE NATIONAL INSURANCE COMPANY,

                      Plaintiff,

            -v-

SYSTEMS 2000 PLUMBING SERVICE, INC. *et al.*,

                      Defendants.

22-CV-5018 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    On November 28, 2022, Plaintiff filed a purported voluntary dismissal of this action under Federal Rule of Civil Procedure 4(a)(1)(A)(i). Rule 4(a)(1)(A)(i) is inapplicable, as some of the parties have answered the complaint. Accordingly, this action is not presently dismissed.

    The telephone conference originally scheduled for November 29, 2022 is rescheduled for December 2, 2022 at 2:30 pm. Counsel should call (888) 557-8511 at the scheduled time. The access code is 9300838.

    **The parties are reminded that they must submit a proposed case management plan three business days in advance of the conference**, using the Court's Civil Case Management Plan and Scheduling Order form, available at https://nysd.uscourts.gov/hon-j-paul-oetken.

    SO ORDERED.

Dated: November 29, 2022
       New York, New York

                                              _____
                                                   J. PAUL OETKEN
                                               United States District Judge