**Mailroom**

| | |
|---|---|
| **From:** | Marino, Laura |
| **Sent:** | Wednesday, March 17, 2021 9:46 AM |
| **To:** | Rossitto, Joseph; Lazo, Karen |
| **Cc:** | Heinssen, Gregory |
| **Subject:** | Systems 2000 Plumbing Service Inc.-Policy |
| **Attachments:** | systems 2000 plumbing Policy.pdf |

Good Morning Joe,

Please see your policy attached.

Please forward all underlying policies upon receipt for my file.

Thanks!

## Laura Marino
*Account Executive*



RT Specialty Long Island
2 Jericho Plaza – suite 302
Jericho, NY 11753

OFFICE:    516-823-5382
MOBILE:  516-644-6119
EMAIL:      Laura.Marino@rtspecialty.com
NEW CLAIMS- Please send requests to Northeastclaims@rtspecialty.com
LOSS RUNS - Please send requests to:  RTLongIslandLossRuns@rtspecialty.com

**GUIDEONE**
NATIONAL

# GuideOne National Insurance Company
# (Non-Admitted)
# Follow Form Excess Liability
# Policy Declarations

**Broker:** RT Specialty, LLC (Long Island Office)

**Named Insured:** Systems 2000 Plumbing Service Inc.

**Insured Address:** 424 E 81st Street , New York NY  10028

**Policy Number:** 099000621

**Policy Term:**
Effective Date: 3/15/2021
Expiration Date: 3/15/2022

Words and phrases that appear in quotations marks have special meaning and refer to a defined term in these declarations, and other forms and endorsements attached and issued by the company.

**Policy Limits of Insurance:**

| | |
|---|---|
| Each Occurrence | $4,000,000 |
| General Aggregate (Where Applicable) | $4,000,000 |
| Products & Completed Operations Aggregate | $4,000,000 |

**Premium:**
a. Policy Premium: $ 120,451.00     (including certified acts of Terrorism Premium)
b. Minimum Earned Premium: 25%
c. Terrorism Premium: Included

XPF CERT 002 08 19

**GUIDEONE**
N A T I O N A L

# SIGNATURE PROVISIONS

**Signatures**

This policy is signed at West Des Moines, Iowa on behalf of the Company
by the President and Secretary of the Company indicated below:

**GuideOne National Insurance Company**

President

Secretary

G1 2020 00001209                                                    **Page 1 of 1**



**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# CLAIMS REPORTING

This endorsement modifies insurance provided under the following:
FOLLOW FORM EXCESS LIABILITY COVERAGE PART

- In the event of any "event" that may result in a claim against this policy, or a claim or suit is brought against any insured, the insured must immediately report such event, claim or suit to:

**GuideOne Insurance Company Specialty**
**Claims Division**
**1111 Ashworth Road**
**West Des Moines, IA 50365**
**TELEPHONE: 1-888-218-8561**
**EMAIL: CLU@guideone.com**

All other terms and conditions of this Policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

## SCHEDULE OF UNDERLYING INSURANCE

| Coverage | Insurer<br>Policy Period<br>Policy Number | Applicable Limits | |
|---|---|---|---|
| General Liability | Travelers Indemnity Co. of CT<br>3/15/2021 – 3/15/2022<br>DT1N-CO-0S780391-TCT-21 | $2,000,000<br>$4,000,000<br>$4,000,000 | Each Occurrence<br>General Aggregate<br>Products/Completed Operations Aggregate |
| Employee Benefits Liability | Travelers Indemnity Co. of CT<br>3/15/2021 – 3/15/2022<br>DT1N-CO-0S780391-TCT-21 | $1,000,000<br>$2,000,000 | Each Claim/Occurrence<br>Policy Aggregate |
| Auto Liability | Travelers Indemnity Co. of America<br>3/15/2021-3/15/2022<br>BA-0S780366-21-26-G | $1,000,000 | Combined Single Limit |
| Employers Liability | New York State Insurance Fund<br>5/1/2020 – 5/1/2021<br>M 798 549-2 | Statutory<br>Statutory<br>Statutory | Each Accident<br>Disease Each Employee<br>Disease Policy Limit |

## FORMS APPLICABLE TO ALL COVERAGE PARTS:

**XS**

| | |
|---|---|
| XPF CERT 001 | EXCESS POLICY FORM |
| GN 20030 0319 | GUIDEONE POLICYHOLDER NOTICE |
| G1 2020 00001216 | GUIDEONE NON ADMITTED DISCLOSURE NOTICE |
| G1 2019 00001203 | GUIDEONE PRIVACY POLICY |
| G1 2019 00001204 | ECONOMIC OR TRADE SANCTIONS |
| G1 2019 00001205 | OFAC |
| G1 2019 00001208 | FRAUD WARNING |
| G1 2020 00001211 | SERVICE OF SUIT |
| G1 2020 00001321 | ABSOLUTE COMMUNICABLE DISEASE |
| G1 2020 00001236 | ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION |
| XSE CERT 005 | ASBESTOS  EXCLUSION |
| XSE CERT 006 | CONTRACTORS LIMITATION |
| XSE CERT 007 | CYBER LIABILITY EXCLUSION |
| XSE CERT 008 | EXTERIOR INSULATION & FINISH SYSTEM (EIFS) EXCLUSION |
| XSE CERT 009 | SUBLIMITED UNDERLYING COVERAGE EXCLUSION |
| XSE CERT 011 | FUNGI OR BACTERIA EXCLUSION |
| XSE CERT 013 | NUCLEAR ENERGY LIABILTY EXCLUSION |
| XSE CERT 015 | AGGREGATE LIMITS OF LIABILITY AMENDMENT |
| XSE CERT 017 | SILICA EXCLUSION |
| XSE CERT 019 | FOLLOW FORM POLLUTION ENDORSEMENT |
| XSE CERT 020 | UNINSURED UNDERINSURED MOTORIST EXCLUSION |
| XSE CERT 022 | WAIVER OF SUBROGATION- BLANKET |
| XSE CERT 026 | OTHER INSURANCE - BLANKET AS REQUIRED IN A WRITTEN CONTRACT |
| XSE CERT 028 | EXCESS LIABILITY PRIORITY OF COVERAGE |
| XSE CERT 029 | OTHER ACTS OF TERRORISM EXCLUSION |
| XSE CERT 030 | TRIA DISCLOSURE |

XPF CERT 003 0819

# FOLLOW FORM EXCESS LIABILITY

Various provisions in this policy restrict coverage.  Please read the entire policy and any underlying insurance carefully to determine what is covered and not covered, rights and duties.

Throughout this policy the words "you" and "your" refer to the Named Insured shown in the Declarations and any other person or organization qualifying as an Insured in the "Underlying Insurance".   The words "we" and "us" and "our" refer to the Company shown in the Declarations providing this insurance.   Any words or phrases appearing in quotation marks have special meanings.   Please refer to Section 5 – Definitions for their meaning.

# INSURING AGREEMENTS

## SECTION 1 – COVERAGE

a) "We" will pay those sums in excess of the limits shown in the "Scheduled Underlying Insurance", that you become legally obligated to pay as damages because of injury or damage to which this insurance applies, provided that the "Scheduled Underlying Insurance" also would pay those sums but for the exhaustion of its applicable Limits of Insurance.

b) This insurance is subject to the same terms, conditions, provisions, limitations, exclusions and definitions as the "Scheduled Underlying Insurance", except:

   (1) We will have no obligation under this insurance with respect to any claim or suit that is settled without our consent;

   (2) With respect to any provisions to the contrary contained in this insurance ; and

   (3) With respect to any words or phrases defined in Section 5- Definitions of this policy, which such definitions shall apply to this policy and supersede any definitions of those same words and phrases in the "Scheduled Underlying Insurance"

c) The amount "we" will pay for damages under this insurance shall not exceed the Each Occurrence, General Aggregate (where applicable) or Products & Completed Operations Aggregate Limits of Insurance as stated in the Policy Declarations.

d) "We" will have the right to participate in the defense of claims or suits against "you" seeking damages because of injury to which this insurance may apply.  "We" will have a duty to defend such claims or suits when the applicable Limits of Insurance of the "Scheduled Underlying Insurance" has been exhausted by payment of judgments, settlements and any cost or expense subject to such limit.  "We" may at "our" discretion investigate and settle any claim or suit to which this insurance may apply.   "Our" right and duty to defend will end when the applicable Limit of Insurance shown in the Declarations has been exhausted by "our" payment of judgments or settlements and any cost or expense subject to such limit.

## SECTION 2 – EXCLUSION

a) All exclusions set forth in, and otherwise applicable to, the "Scheduled Underlying Insurance" shall apply to this insurance as if set forth in full herein.

XPF CERT 001 10 20

## SECTION 3 - LIMITS OF INSURANCE

a) The Limit of Insurance shown in the Declarations as applying to each "occurrence" is the most "we" will pay for damages arising out of any one occurrence.

b) The Limit of Insurance shown in the Declarations as Aggregate Where Applicable, shall apply in the same manner as the aggregate limits shown in the "Scheduled Underlying Insurance".

## SECTION 4- CONDITIONS

If any of the following conditions are contrary to conditions contained in "Scheduled Underlying Insurance", the conditions set forth in this Section 4 shall apply.

a) <u>Appeals</u> -  In the event the insurer(s) providing the "Scheduled Underlying Insurance" elect(s) not to appeal a judgement in excess of the "Scheduled Underlying Insurance" and to which the "Scheduled Underlying Insurance" and this insurance would apply, "we" may elect to make such an appeal.  If "we" so elect, "we" shall be liable, in addition to the applicable Limit of Insurance, for all expenses "we" incur directly related to such appeal.

b) <u>Maintenance of "Scheduled Underlying Insurance"</u> — You agree to maintain the "Scheduled Underlying Insurance" in full force and effect during the term of this policy, and to inform us within 30 days of any replacement or material change of "Scheduled Underlying Insurance".   If you do not maintain the "Scheduled Underlying Insurance" in full force and effect or fail to meet all conditions and warranties of such "Scheduled Underlying Insurance", this policy shall apply as if those policies were available and collectible.

Reduction or exhaustion of the aggregate limits of any "Scheduled Underlying Insurance" by payments for judgments, settlements or any costs or expenses subject to that limit, will not be a failure to maintain "Scheduled Underlying Insurance" in full force and effect.

No statement contained in this condition limits our right to cancel or not renew this policy.

For purposes of this policy, if any "Scheduled Underlying Insurance" is not available or collectible because of:

1. The bankruptcy or insolvency of the insurer(s) providing  the "Scheduled Underlying Insurance"; or

2. The inability or failure for any other reason of such insurer(s) providing the "Scheduled Underlying Insurance" to comply with any of the obligations of its policy;

then this policy shall apply as if such "Scheduled Underlying Insurance" were available and collectible.

XPF CERT 001 10 20

If the terms, conditions, exclusions or limitations of the "Scheduled Underlying Insurance" are changed in any manner from those in effect as of the inception date of this policy, "you" shall provide written notice of the particulars of any such change(s) as soon as practicable. "We" reserve the right to refuse to follow any such change(s) to the "Scheduled Underlying Insurance", in which event this policy shall apply as if the change(s) had not been made.

c) <u>Other Insurance</u> — This insurance is excess over any other valid and collectible insurance whether primary, excess, contingent or any other basis, except other insurance written specifically to be excess over this insurance.

d) <u>Cancellation</u>

1) The Named Insured shown in the Declarations may cancel this policy by mailing or delivering advance written notice of cancellation to "us".

2) "We" may cancel this policy by mailing or delivering written notice of cancellation to the Named Insured shown in the Declarations at least:

   i)   10 days before the effective date of cancellation if "we" cancel for non-payment of premium; or

   ii)  60 days before the effective date of cancellation if "we" cancel for any other reason.

3) "We" will mail or deliver our notice to the Named Insured's last mailing address known to "us".

4) Notice of Cancellation will state the effective date of cancellation. The policy will end on that date at 12:01 AM at the Named Insured's address as set forth on the Declarations unless otherwise specified in the Notice of Cancellation.

5) If this policy is canceled, "we" will send the Named Insured any premium refund due. If "we" cancel, the refund will be pro rata. If the Named Insured cancels, the refund may be less than pro rata. The cancellation will be effective even if "we" have not made or offered a refund.

6) If notice is mailed, proof of mailing will be sufficient proof of notice.

e) <u>Policy Period</u> — This insurance will respond to injury or damage that occurs, or arises from an occurrence or offense committed during the Policy Period shown in the Declarations.

## SECTION 5 – DEFINITIONS

a) "Occurrence" shall have the same meaning as defined in the "Scheduled Underlying Insurance".

b) "Scheduled Underlying Insurance" means the policies or self-insurance listed in the Schedule of Underlying Insurance, including any replacements thereof and other policies purchased or issued for newly acquired or formed organizations. All Scheduled Underlying Insurance shall be maintained by "you" in accordance with condition 4(b) of this policy.

XPF CERT 001 10 20

c) "We", "us" and "our" mean the Company shown in the Declarations providing this insurance.

d) "You" and "your" mean the Named Insured shown in the Declarations and any other person or organization qualifying as an Insured in the "Scheduled Underlying Insurance".

XPF CERT 001 10 20



**POLICYHOLDER NOTICE**

**THIS DOCUMENT IS SEPARATE FROM AND DOES NOT FORM A PART OF THE POLICY.**

Thank you for trusting GuideOne National Insurance Company. Though the coverage provided by your policy is quite broad, your policy, like most commercial liability policies, excludes risks that we cannot place at an affordable price. For example, your policy, and all standard commercial insurance liability policies, contains specific exclusions for liability arising from war and obligations you may have regarding dram or workers' compensation laws. The purpose of this notice is to alert you that your policy specifically excludes liability arising from a communicable disease or biological agent.

We have designed this notice to help you understand the limitations unique to the communicable disease and biological agent exposure. This notice does not form a part of your insurance contract. If there are any discrepancies between this notice and the policy, the provisions of the policy shall prevail.

We recommend that you review your policy carefully and contact your agent or broker with any questions regarding this notice or your policy. The following is a brief description of the exclusion added to your policy:

**G1 2020 00001321 – ABSOLUTE COMMUNICABLE DISEASE EXCLUSION** does not provide coverage for any liability caused by, resulting from, arising out of, related to the actual or suspected spreading, presence, or infection of a communicable disease or a biological agent capable of causing a communicable disease.

Thank you for trusting GuideOne National Insurance Company with your insurance protection needs. We appreciate your business and look forward to continuing to serve you. If you have any questions, please contact your agent.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.
Copyright 2019 GuideOne Insurance

**GN 20030 03 19**                                                                 **Page 1 of 1**



# NON-ADMITTED DISCLOSURE NOTICE

**This contract is delivered as a surplus line coverage under the Non-Admitted Insurance Act. The insurer issuing this contract is an eligible Non-Admitted insurer. There is no protection under the provisions of Any State Insurance Guaranty Association Act.**



# GuideOne National Privacy Policy

We value your business and your trust in GuideOne National Insurance Company. The privacy and confidentiality of your personal information is among our top priorities. This explains our practices and procedures for securing your personal information before, during and after your relationship with us. We will provide one copy of this Privacy Statement with each policy we issue. Additional copies of this statement are available upon request. Thank you for choosing GuideOne National Insurance Company for your insurance needs.

### How We Protect Your Information

We understand the importance of securing your personal information. We have physical, electronic and procedural safeguards in place to protect your nonpublic personal data in compliance with applicable state federal laws. We restrict employee access to customer information only to those who have a business reason to know, in order to provide our products and services to you.

### What Personal Information We Collect About You

We collect nonpublic personal information about you from the following sources, only as our business needs require:

- Information received on applications and other forms whether in writing, in person, by phone, electronically or by other means -such as names, addresses and employment information.
- Information about your transactions with us, our affiliates, or others associated with our business relationship, and information we receive from insurance agents, consumer reporting agencies, investigators connected with claims adjusting, state motor vehicle departments, inspection services, insurance support organizations or other sources as permitted or required by law.
- Information we receive in medical records or from medical professionals. Information
- otherwise obtained in the claims adjustment process, including litigation.

### What Personal Information We Disclose About You

We do not disclose any of our customers' or other persons' nonpublic personal information to anyone, except as permitted or required by law. Permitted disclosures include information to process transactions on your behalf, and information about you or about participants, beneficiaries or claimants under your insurance policy in the normal course of business.



**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# ECONOMIC OR TRADE SANCTIONS

This endorsement modifies insurance provided under the following:

FOLLOW FORM EXCESS LIABILITY
COMMERCIAL EXCESS LIABILITY
COVERAGE PART COMMERCIAL
GENERAL LIABILITY COVERAGE
PART COMMERCIAL INLAND
MARINE COVERAGE PART
COMMERCIAL LIABILITY UMBRELLA
COVERAGE PART COMMERCIAL
PROPERTY COVERAGE PART
LIQUOR LIABILITY COVERAGE PART
OWNERS AND CONTRACTORS PROTECTIVE
LIABILITY COVERAGE PART
PRODUCTS/COMPLETED OPERATIONS
LIABILITY COVERAGE PART RAILROAD
PROTECTIVE LIABILITY COVERAGE PART

In accordance with the laws, regulations or resolutions of the United Nations, the European Union, any of its member states or the United States, concerning economic and trade embargoes and financial sanctions, this policy is void from its inception with respect to any term or condition of this policy that violates any such laws, regulations or resolution.

All other terms and conditions of this policy remain unchanged.

**G1 2019 00001204**                                                                 **Page 1 of 1**



# U.S. TREASURY DEPARTMENTS OFFICE OF FOREIGN ASSETS CONTROL ("OFAC")

## ADVISORY NOTICE TO POLICYHOLDERS

No coverage is provided by this Policyholder Notice nor can it be construed to replace any provisions of your policy. You should read your policy and review your Declarations page for complete information on the coverages you are provided.

This Notice provides information concerning possible impact on your insurance coverage due to directives issued by OFAC. **Please read this Notice carefully.**

The Office of Foreign Assets Control (OFAC) administers and enforces sanctions policy, based on Presidential declarations of "national emergency". OFAC has identified and listed numerous:

- Foreign agents;
- Front organizations;
- Terrorists;
- Terrorist organizations; and
- Narcotics traffickers;

as "Specially Designated Nationals and Blocked Persons". This list can be located on the United States Treas- ury's web site – http//www.treas.gov/ofac.

In accordance with OFAC regulations, if it is determined that you or any other insured, or any person or entity claiming the benefits of this insurance has violated U.S. sanctions law or is a Specially Designated National and Blocked Person, as identified by OFAC, this insurance will be considered a blocked or frozen contract and all provisions of this insurance are immediately subject to OFAC. When an insurance policy is considered to be such a blocked or frozen contract, no payments nor premium refunds may be made without authorization from OFAC. Other limitations on the premiums and payments also apply.



# FRAUD WARNING STATEMENTS

**NOTICE TO ALABAMA APPLICANTS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to restitution fines or confinement in prison, or any combination thereof.

**NOTICE TO ARKANSAS, LOUISIANA AND WEST VIRGINIA APPLICANTS:** Any person who knowingly presents a false or fraudulent claim for payment of a loss or benefit or knowingly presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO COLORADO APPLICANTS:** It is unlawful to knowingly provide false, incomplete, or misleading facts or information to an insurance company for the purpose of defrauding or attempting to defraud the company. Penalties may include imprisonment, fines, denial of insurance, and civil damages. Any insurance company or agent of an insurance company who knowingly provides false, incomplete, or misleading facts or information to a policyholder or claimant for the purpose of defrauding or attempting to defraud the policyholder or claimant with regard to a settlement or award payable from insurance proceeds shall be reported to the Colorado Division of Insurance within the Department of Regulatory Agencies.

**NOTICE TO DISTRICT OF COLUMBIA APPLICANTS:** WARNING: It is a crime to provide false or misleading information to an insurer for the purpose of defrauding the insurer or any other person. Penalties include imprisonment and/or fines. In addition, an insurer may deny insurance benefits if false information materially related to a claim was provided by the applicant.

**NOTICE TO FLORIDA APPLICANTS:** Any person who knowingly and with intent to injure, defraud or deceive any insurer files a statement of claim or an application containing any false, incomplete or misleading information is guilty of a felony of the third degree.

**NOTICE TO KENTUCKY APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance containing any materially false information or conceals, for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime.

**NOTICE TO MAINE APPLICANTS:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties may include imprisonment, fines or a denial of insurance benefits.

**NOTICE TO MARYLAND APPLICANTS:** Any person who knowingly or willfully presents a false or fraudulent claim for payment of a loss or benefit or who knowingly or willfully presents false information in an application for insurance is guilty of a crime and may be subject to fines and confinement in prison.

**NOTICE TO MINNESOTA APPLICANTS:** A person who submits an application or files a claim with intent to defraud or helps commit a fraud against an insurer is guilty of a crime.

**NOTICE TO NEW JERSEY APPLICANTS:** Any person who includes any false or misleading information on an application for an insurance policy is subject to criminal and civil penalties.

**NOTICE TO NEW MEXICO APPLICANTS:** ANY PERSON WHO KNOWINGLY PRESENTS A FALSE OR FRAUDULENT CLAIM FOR PAYMENT OF A LOSS OR BENEFIT OR KNOWINGLY PRESENTS FALSE INFORMATION IN AN APPLICATION FOR INSURANCE IS GUILTY OF A CRIME AND MAY BE SUBJECT TO CIVIL FINES AND CRIMINAL PENALTIES.

**NOTICE TO NEW YORK APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information, or conceals for the purpose of misleading, information concerning any fact material thereto, commits a fraudulent insurance act, which is a crime, and shall also be subject to a civil penalty not to exceed five thousand dollars and the stated value of the claim for each suchviolation.

**NOTICE TO OHIO APPLICANTS:** Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim containing a false or deceptive statement is guilty of insurance fraud.

**NOTICE TO OKLAHOMA APPLICANTS:** WARNING: Any person who knowingly, and with intent to injure, defraud or deceive any insurer, makes any claim for the proceeds of an insurance policy containing any false, incomplete or misleading information is guilty of a felony.

**NOTICE TO OREGON APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or another person, files an application for insurance or statement of claim containing any materially false information, or conceals information for the purpose of misleading, commits a fraudulent insurance act, which may be a crime and may subject such person to criminal and civil penalties.

**NOTICE TO PENNSYLVANIA APPLICANTS:** Any person who knowingly and with intent to defraud any insurance company or other person files an application for insurance or statement of claim containing any materially false information or conceals for the purpose of misleading, information concerning any fact material thereto commits a fraudulent insurance act, which is a crime and subjects such person to criminal and civil penalties.

**NOTICE TO TENNESSEE, VIRGINIA AND WASHINGTON APPLICANTS:** It is a crime to knowingly provide false, incomplete or misleading information to an insurance company for the purpose of defrauding the company. Penalties include imprisonment, fines and denial of insurance benefits

**NOTICE TO ALL OTHER APPLICANTS:**

**ANY PERSON WHO KNOWINGLY AND WITH INTENT TO DEFRAUD ANY INSURANCE COMPANY OR ANOTHER PERSON, FILES AN APPLICATION FOR INSURANCE OR STATEMENT OF CLAIM CONTAINING ANY MATERIALLY FALSE INFORMATION, OR CONCEALS INFORMATION FOR THE PURPOSE OF MISLEADING, COMMITS A FRAUDULENT INSURANCE ACT, WHICH IS A CRIME AND MAY SUBJEC SUCH PERSON TO CRIMINAL AND CIVIL PENALTIES**

**G1 2019 00001208**



**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

# SERVICE OF SUIT

This endorsement modifies this policy with the addition of the following:

Pursuant to any statute of any state, territory or district of the United States which makes provision therefore, the Company hereby designates the Superintendent, Commissioner or Director of Insurance or other officer specified for that purpose in the Statute, or his successors in office, as our true and lawful attorney upon whom may be served any lawful process in any action, suit or proceeding instituted by or on behalf of the insured(s) or any beneficiary hereunder arising out of this contract of insurance, and hereby designate the below named as the person whom the said officer is authorized to mail process or a true copy thereof.

It is further agreed that service of process in such suit may be made upon our Registered Agent, CT Corporation, Inc. CT Corporation, Inc.'s local address may be found at website: https://ct.wolterskluwer.com/sop-locations.

NOTHING HEREIN SHALL VARY, ALTER, WAIVE, OR EXTEND ANY OF THE TERMS, PROVISIONS, REPRESENTATIONS, CONDITIONS OR AGREEMENTS OF THE POLICY OTHER THAN AS STATED ABOVE.

All other terms and conditions of this Policy remain unchanged



**THIS DOCUMENT IS AN ENDORSEMENT THAT CHANGES
THE POLICY. PLEASE READ IT CAREFULLY.**

# ABSOLUTE COMMUNICABLE DISEASE EXCLUSION

It is understood and agreed that the following exclusion is added to the Policy:

The policy is amended to include the following exclusion:

1. This insurance does not apply to liability caused by, resulting from, arising out of, or related to the actual or suspected spreading, presence, or infection of a "communicable disease" or a "biological agent" capable of causing a "communicable disease".

2. This exclusion applies even if the claims against any insured allege negligence or other wrongdoing in the:
   a. Supervising, hiring, employing, training or monitoring of others that may be infected (whether symptomatic or not) with and spread of a "communicable disease" or "biological agent";
   b. Testing for the presence of a "communicable disease" or a "biological agent";
   c. Failure to prevent or eradicate the presence or spread of a "communicable disease or "biological agent", or
   d. Failure to report the existence of either a "communicable disease" or "biological agent" to authorities.

For purposes of this exclusion:
"communicable disease" means an illness caused by an infectious agent or its toxins that occurs through the direct or indirect transmission of the infectious agent or its products or toxins from an infected individual or via an animal, vector, or the inanimate environment to a susceptible animal or human host.

"biological agents" means an infectious agent or its toxins, including but not limited to bacteria, viruses, fungi, parasites, yeasts, molds and other microorganisms, whether man-made or naturally occurring.



**THIS ENDORSEM ENT CHANGES THE POLICY. PLEASE READ IT CAREF ULLY.**

# EXCLUSION – ACCESS OR DISCLOSURE OF CONFIDENTIAL OR PERSONAL INFORMATION

This endorsement modifies the policy.

The following is added to **Section2 - Exclusions**:

Insurance provided under this policy does not apply to:

**Access or Disclosure of Confidential or Personal Information**

Any liability, damage, loss cost or expense to which this insurance otherwise applies cause by, resulting from, arising out of or related to any access to or disclosure of any person's or organization's confidential or personal information, including patents, trade secrets, processing methods, customer lists, financial information, credit card information, health information or any other type of nonpublic information.

This exclusion applies even if injury or damage are claimed for notification costs, credit monitoring expenses, forensic expenses, public relations expenses or any other loss, cost or expense incurred by you or others arising out of any access to or disclosure of any person's or organization's confidential or personal information.

All other terms and conditions of this Policy remain unchanged.

Includes copyrighted material of Insurance Services Office, Inc., with its permission.

*This Endorsement Changes The Policy. Please Read It Carefully.*

## ASBESTOS EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL EXCESS LIABILITY POLICY

The following is added to SECTION 2. - EXCLUSIONS:

Asbestos:

This insurance does not apply to:

1) Any liability, damage, loss, cost or expense directly or indirectly caused by, resulting from,  arising out of or related to asbestos, removal of asbestos, exposure to asbestos, or any products containing asbestos or asbestos fibers or dust;

2) The costs of abatement, mitigation, removal or disposal of asbestos or asbestos fibers or dust;

3) Any supervision, instructions, recommendations, warnings or advice given, or which should have been given, in connection with items 1 or 2 above; and

4) Any obligation to share damages with or repay someone else who must pay damages in connection with items 1, 2, or 3 Above.

All other terms and conditions of the policy remain unchanged.

XSE CERT 005 08 19

*This Endorsement Changes The Policy. Please Read It Carefully.*

## CONTRACTORS LIMITATION

This endorsement modifies insurance provided under the following:

### COMMERCIAL EXCESS LIABILITY POLICY

The following is added to SECTION 2. - EXCLUSIONS:

Contractors Limitation:

This insurance does not apply to any liability, damage, loss, cost or expense directly or indirectly caused by, resulting from, arising out of or related to:

1) Any project for which you are, or ever were included as, an Insured under any Owner or Contractor controlled consolidated Wrap Up insurance program or similar rating plan. This exclusion applies whether or not the consolidated Wrap Up insurance program or similar rating plan provides coverage identical to that provided by this policy, has limits adequate to cover all claims, or remains in effect. However this exclusion shall not apply insofar as coverage is provided by "Scheduled Underlying Insurance".

2) Any Joint Venture or Partnership of which the Named Insured is a member and which is not designated in this policy as a Named Insured; or

3) Any Professional Services performed by or for the Named Insured including but not limited to the preparation or approval of maps, plans, opinions, reports, surveys, designs or specifications, and any supervisory, inspection or engineering services. However, this exclusion shall not apply insofar as coverage is provided by "Scheduled Underlying Insurance".

All other terms and conditions of the policy remain unchanged

XSE CERT 006 08 19

*This Endorsement Changes The Policy. Please Read It Carefully.*

## CYBER LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

## COMMERCIAL EXCESS LIABILITY POLICY

The following is added to SECTION 2. - EXCLUSIONS:

Cyber Liability:

This insurance does not apply to any liability, damage, loss, cost or expense directly or indirectly caused by, resulting from, arising out of or related to:

1) The loss of, deletion, alteration of, or interference with any electronic data, electronic information, computer applications software, computer operations software or any other similar data, information or software in any computer hardware, computer system, computer network, computer peripheral, or any component part thereof or the **Internet;** or

2) Injury or damage to any computer hardware, computer system, computer network, computer peripheral or any component part thereof or the **Internet** as a result of (1) above.

As used in this endorsement, **Internet** shall mean the worldwide public network of computers as it currently exists or may be manifested in the future, including the internet, any intranet, extranet or a virtual public network.

All other terms and conditions of the policy remain unchanged.

XSE CERT 007 08 19

*This Endorsement Changes The Policy. Please Read It Carefully.*

### EXTERIOR INSULATION & FINISH SYSTEM (EIFS) EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL EXCESS LIABILITY POLICY

The following is added to SECTION 2. - EXCLUSIONS:

Exterior Insulation & Finish System (EIFS):

This insurance does not apply to any liability, damage, loss, cost or expense, directly or indirectly  caused by, resulting from, arising out of or related to:

1) The design, manufacture, construction, fabrication, preparation, installation, application, maintenance or repair , including remodeling, servicing, correction or replacement of any **Exterior Insulation & Finish System** (commonly referred to as synthetic stucco or EIFS) or any part thereof, or any substantially similar system, or any part thereof, including the application of or use of conditioners, primers, accessories, flashing, coatings, caulking or sealants in connection with such a system; or

2) Any Insured's product or work with respect to any exterior , component fixture or feature of any structure if an **Exterior Insulation & Finish System**, or any substantially similar system, is used on any part of that structure.

As used in this exclusion, **Exterior Insulation & Finish System** means an exterior cladding or finish system used on any part of any structure and consisting of:

a) A rigid or semi-rigid insulation board made of expanded polystyrene or other materials;

b) The adhesive and/or mechanical fasteners used to attach the insulation board to the substrate;

c) A reinforced base coat; and

d) A finish coat providing surface texture and color.

All other terms and conditions of the policy remain unchanged.

XSE CERT 008 08 19

*This Endorsement Changes The Policy. Please Read It Carefully.*

## SUBLIMITED UNDERLYING COVERAGE EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL EXCESS LIABILITY POLICY

The following is added to SECTION 2. - EXCLUSIONS:

Sublimited Underlying Coverage:

This insurance does not apply to any liability damage, loss, cost or expense for which "Scheduled Underlying Insurance" does not provide coverage for at least the applicable limits shown on the Schedule of Underlying Insurance.

However, this exclusion shall not apply if the applicable limits of the "Scheduled Underlying Insurance" are reduced or exhausted by payment for liabilities which occur during the policy period of this policy.

All other terms and conditions of the policy remain unchanged.

XSE CERT 009 08 19

*This Endorsement Changes The Policy. Please Read It Carefully.*

## FUNGI OR BACTERIA EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL EXCESS LIABILITY POLICY

The following is added to SECTION 2. - EXCLUSIONS:

Fungi or Bacteria:

This insurance does not apply to any liability, damage, loss, cost or expense:

1) Directly or indirectly caused by, resulting from, arising out of or related to the actual, alleged or threatened inhalation of, contact with, exposure to, existence of or presence of any **Fungi or Bacteria** on or within a building or structure, including its contents, regardless of whether any other cause, event, material or product contributed concurrently or in any sequence to such liability, damage, loss, cost or expense.

2) Directly or indirectly caused by, resulting from, arising out of or related to the abating, testing for, monitoring, cleaning up, removing, containing, treating, detoxifying, neutralizing, remediating or disposing of, or in any way responding to, or assessing the effects of , **Fungi or Bacteria**, by any insured or by any other person or entity.

This exclusion does not apply to **Fungi or Bacteria** that are, are on, or are contained in a good or product intended for consumption.

As used in this exclusion, **Fungi or Bacteria** means any type or form of fungus, including mold or mildew and any micro-toxins, spores, scents or byproducts produced or released by such.

All other terms and conditions of the policy remain unchanged.

XSE CERT 011 08 19

*This Endorsement Changes The Policy. Please Read It Carefully.*

## NUCLEAR ENERGY LIABILITY EXCLUSION

This endorsement modifies insurance provided under the following:

## COMMERCIAL EXCESS LIABILITY POLICY

The following is added to SECTION 2. - EXCLUSIONS:

Nuclear Energy Liability:

1) This insurance does not apply to any liability, damage, loss, cost or expense with respect to which an insured under the policy is also insured under a nuclear energy liability policy issued by Nuclear Energy Liability Insurance Association, Mutual Atomic Energy Liability Underwriters or Nuclear Insurance Association of Canada, or any of their successors, or would be an insured under any such policy but for its termination upon exhaustion of its limit of liability.

2) This Insurance does not apply to any liability, damage, loss, cost or expense directly or indirectly caused by, resulting from, arising out of or related to the **Hazardous Properties** of **Nuclear Material** and with respect to:

   i)    any person or organization is required to maintain financial protection pursuant to the Atomic Energy Act of 1954, or any law amendatory thereof; or

   ii)   any insured is, or had this policy not been issued would be, entitled to indemnity from the United States of America, or any agency thereof, with any person or organization.

   iii)  the **Hazardous Properties** of **Nuclear Material** and arising out of the operation of a **Nuclear Facility** by any person or organization.

   iv)   the **Hazardous Properties** of nuclear material, if:

      a) the **Nuclear Material**:

         i)    Is at any **Nuclear Facility** owned by, or operated by or on behalf of an insured; or

         ii)   Has been discharged therefrom; or

      b) contained in **Spent Fuel** or **Waste** at any time possessed, handled, used, processed, stored, transported or disposed of by or on behalf of an insured; or

XSE CERT 013 08 19

c) in any way concerning the furnishing by an insured of services, materials, parts or equipment in connection with the planning, construction, maintenance, operation, or use of any **Nuclear Facility**, but if such facility is located within the United States of America, its territories or possessions or Canada, this exclusion 2)iv)c) applies only to **Property Damage** to such **Nuclear Facility** and any property thereat.

As used in this exclusion:

**Hazardous Properties** include radioactive, toxic or explosive properties;

**Nuclear Material** means **Source Material, Special Nuclear Material** or **By–Product Material**;

**Source Material, Special Nuclear Material** and **By–Product Material** have the meanings given them in the Atomic Energy Act of 1954 or in any law amendatory thereof;

**Spent Fuel** means any fuel element or fuel component, solid or liquid, which has been used or exposed to radiation in a **Nuclear Reactor**;

**Waste** means:
a) Any waste material:
   i)  Containing by product material other than the tailings or waste produced by the extraction or concentration of uranium or thorium from any ore processed primarily for its source material content; and
   ii) Resulting from the operation by any person or organization of any **Nuclear Facility** included under the first two paragraphs of the definition of **Nuclear Facility**.

**Nuclear Facility** means:

a) Any **Nuclear Reactor**;

b) Any equipment or device designed or used for:
   i)   Separating the isotopes of uranium or plutonium;
   ii)  Processing or utilizing **Spent Fuel**; or
   iii) Handling, processing or packaging **Waste**;

c) Any equipment or device used for the processing, fabricating or alloying of **Special Nuclear Material** if at any time the total amount of such material in the custody of the insured at the premises where such equipment or device is located consists of or contains more than 25 grams of plutonium or uranium 233 or any combination thereof, or more than 250 grams of uranium 235; or

d) Any structure, basin, excavation, premises or place prepared or used for the storage or disposal of **Waste**; and includes the site on which any of the foregoing is located, all operations conducted on such site and all premises used for such operations.

**Nuclear Reactor** means any apparatus designed or used to sustain nuclear fission in a self-supporting chain reaction or to contain a critical mass of fissionable material.

**Property Damage** includes:

a)      All forms of radioactive contamination of property.

All other terms and conditions of the policy remain unchanged

XSE CERT 013 08 19

*This Endorsement Changes The Policy. Please Read It Carefully.*

## AGGREGATE LIMITS OF LIABILITY AMENDMENT

This endorsement modifies insurance provided under the following:

## COMMERCIAL EXCESS LIABILITY POLICY

Paragraph b) of **SECTION 3– LIMITS OF INSURANCE** is deleted in its entirety and replaced by the following:

b) The Limit of Insurance shown in the Declarations as Aggregate Where Applicable, shall apply in the same manner as the aggregate limits shown in the "Scheduled Underlying Insurance", subject to the maximum (cap) amount shown in the Schedule of this endorsement for all general aggregates provided, regardless of the number of projects or locations.

<u>Maximum Cap:</u>
$8,000,000

All other terms and conditions of the policy remain unchanged.

XSE CERT 015 08 19

*This Endorsement Changes The Policy.  Please Read Carefully.*

### SILICA EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL EXCESS LIABILITY POLICY

The following is added to SECTION 2. - EXCLUSIONS:

Silica:

This insurance does not apply to any liability, damage, loss, cost or expense directly or indirectly caused by, resulting from, arising out of or related to:

1) Silicosis, Mesothelioma, Emphysema, Pneumoconiosis, Pulmonary Fibrosis, Pleuritis, Endothelioma or any lung disease or any ailment caused or aggravated by exposure, inhalation, consumption or absorption of silica dust or silica in any form.

2) The actual or alleged presence of silica dust or silica in any form, including the costs of remedial investigations or feasibility studies or to the costs of testing, monitoring, cleaning or removal or any property or substance.

This exclusion applies regardless of any other cause or event contributing concurrently or in any sequence to such liability, loss, damage, cost or expense.

All other terms and conditions of the policy remain unchanged.

XSE CERT 017 08 19

*This Endorsement Changes The Policy.  Please Read Carefully.*

## FOLLOW FORM POLLUTION ENDORSEMENT

This endorsement modifies insurance provided under the following:

## COMMERCIAL EXCESS LIABILITY POLICY

The following is added to SECTION 2. - EXCLUSIONS:

Pollution:

This insurance does not apply to any liability, damage, loss, cost or expense directly or indirectly caused by, resulting from, arising out of or related to:

1) Injury or damages which would not have occurred in whole or in part but for the actual, alleged or threatened presence, discharge, dispersal, seepage, migration, release or escape of **Pollutants** at any time.

2) Any:

   a) Request, demand or statutory or regulatory requirement that any insured or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of **Pollutants**;
   or

   b) Claim or suit by or on behalf of a governmental authority for damages because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of **Pollutants**.

This exclusion applies regardless of any other cause or event contributing concurrently or in any sequence to such liability, loss, damage, lost or expense.

However this exclusion shall not apply insofar as coverage is provided by "Scheduled Underlying Insurance".

As use in this exclusion, **Pollutants** means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

All other terms and conditions of the policy remain unchanged.

XSE CERT 019 08 19

*This Endorsement Changes The Policy. Please Read It Carefully.*

### UNINSURED/UNDERINSURED MOTORIST EXCLUSION

This endorsement modifies insurance provided under the following:

### COMMERCIAL EXCESS LIABILITY POLICY

The following is added to SECTION 2. – EXCLUSIONS:


Uninsured/Underinsured Motorist:

This insurance does not apply to any obligation of the insured under a No Fault, Uninsured Motorist or Supplementary Uninsured/Underinsured Motorist Law, or under any similar law, regulation or ordinance.


All other terms and conditions of the policy remain unchanged.

XSE CERT 020 08 19

*This Endorsement Changes The Policy. Please Read It Carefully.*

## WAIVER OF SUBROGATION- BLANKET

This endorsement modifies insurance provided under the following:

## COMMERCIAL EXCESS LIABILITY POLICY

Waiver of Subrogation:

"We" will waive any right of recovery "we" may have against any person, individual entity or organization as required in a written contract or agreement because of payments "we" make for liability, damage, loss, cost or expense arising out of your operations or your work performed under a written contract or agreement and included in "Scheduled Underlying Insurance".

All other terms and conditions of the policy remain unchanged.

XSE CERT 022 08 19

*This Endorsement Changes The Policy. Please Read It Carefully.*

**OTHER INSURANCE – BLANKET AS REQUIRED IN A WRITTEN CONTRACT OR AGREEMENT**

This endorsement modifies insurance provided under the following:

**COMMERCIAL EXCESS LIABILITY POLICY**

**SECTION 4- CONDITIONS**, Paragraph c) is deleted in its entirety and replaced with the following:

c)   <u>Other Insurance</u> - This insurance is excess over any other valid and collectible insurance whether primary, excess, contingent or issued on any other basis, except other insurance written specifically to be excess over this insurance.

However to the extent required in a written contract or agreement and provided by "Scheduled Underlying Insurance", this policy will apply as primary insurance, excess of "Scheduled Underlying Insurance", to any person, individual, entity or organization and other insurance which may be available to such person or organization will be non-contributory.

All other terms and conditions of the policy remain unchanged.

XSE CERT 026 08 19

*This Endorsement Changes The Policy. Please Read It Carefully.*

## EXCESS LIABILITY – ADDITIONAL INSURED PRIORITY OF COVERAGE

This endorsement modifies insurance provided under the following:

### COMMERCIAL EXCESS LIABILITY POLICY

Any entity qualifying as an Additional Insured on the insurance stated in the "Scheduled Underlying Insurance" shall be an Additional Insured on this policy.

This insurance shall apply immediately upon exhaustion of the insurance stated in the "Scheduled Underlying Insurance" as respects the coverage afforded to any Additional Insured.   This insurance shall apply before any other insurance available to the Additional Insured, on which the Additional Insured is a Named Insured, whether such other insurance is primary, excess, contingent, or issued on any other basis, and "we" will not seek contribution from such insurance for defense or indemnity.

Where an entity qualifies as an Additional Insured on insurance stated in the "Scheduled Underlying Insurance" based on a written agreement to provide liability insurance, the limits of insurance provided by this policy shall not exceed the limits of insurance required by such written agreement.

All other terms and conditions of the policy remain unchanged.

XSE CERT 028 08 19

*This Endorsement Changes Policy. Please Read It Carefully.*

### OTHER ACTS OF TERRORISM EXCLUSION EXCEPT FOR CERTIFIED ACTS OF TERRORISM

This endorsement modifies insurance provided under the following:

### COMMERCIAL EXCESS LIABILITY POLICY

Any endorsement addressing acts of Terrorism (however defined) in any Underlying Insurance does not apply to this insurance.   The following provisions addressing acts of terrorism apply with respect to this insurance:

### SCHEDULE

**Certified Act(s) of Terrorism** Retained Amount:    $ 1,000,000

**A.** Coverage provided by this insurance for liability, damage, loss, cost of expense directly or indirectly, caused by, resulting from, arising out of, or related to **Certified Act(s) of Terrorism** applies in excess of the **Certified Act(s) of Terrorism** Retained Amount stated in the **SCHEDULE** of this endorsement. This amount may consist of a self-insured retention, Underlying Insurance or a combination thereof.  The **Certified Act(s) of Terrorism** Retained Amount applies:

1. Only to liability, damage, loss, cost of expense directly or indirectly, caused by, resulting from, arising out of, or related to **Certified Act(s) of Terrorism** covered under this policy : and
2. Separately to each **Certified Act(s) of Terrorism**.

We will pay those sums covered under this policy only after your **Certified Act(s) of Terrorism** Retained Amount has been exhausted by means of payments for judgements or settlements.  Defense expenses shall not erode the **Certified Act(s) of Terrorism** Retained Amount.

**B. SECTION 2 — EXCLUSIONS**, is amended to include the   following exclusion:

Other Act(s) of Terrorism:

This insurance does not apply to any liability, damage, loss, cost or expense, directly or indirectly caused by, resulting from, arising out of or related to **Other Act(s) of Terrorism**, regardless of whether any other cause or event contributes concurrently or in any sequence thereto.  However, this exclusion shall not apply to **Certified Act(s) of Terrorism**.  With respects to an **Other Act(s) of Terrorism**, this exclusion applies only when one or more of the following are attributed to such act:

1. The total of insured damage to all types of property, belonging to anyone exceeds $25,000,000 (Valued in US Dollars). In determining whether the $25,000,000 threshold is exceeded, "we" will include all insured damage sustained by property of all persons and entities affected by the terrorism and business interruption losses sustained by owners or occupants of the damaged property.  For the purpose of this provision, insured damage means damage that is covered by any insurance plus damage that would be covered by any insurance but for the application of any terrorism exclusions; or

2. Fifty or more persons sustain death or "Serious Physical Injury". For the purposes of this provision, "Serious Physical Injury means:

    a. Physical Injury that involves a substantial risk of death; or
    b. Protracted and obvious physical disfigurement; or
    c. Protracted loss of or impairment of the function of a bodily member or organ; or

3. The terrorism involves the use, release or escape of nuclear or radioactive materials, or directly or indirectly results in nuclear reaction or radioactive contamination; or

4. The terrorism is carried out by means of the dispersal or application of pathogenic or poisonous biological or chemical materials or agents; or

5. Pathogenic or poisonous biological or chemical materials or agents are released, and it appears that one purpose of the terrorism was to release such materials or agents.

With respect to this exclusion, Paragraphs 1. and 2. describe the thresholds used to measure the magnitude of an incident of an **Other Act(s) of Terrorism** and the circumstances in which the threshold will apply for the purpose of determining whether this exclusion will apply to that incident.

**C.** The following definitions apply for purposes of this endorsement:

1. **Certified Act(s) of Terrorism** means an act that is certified by the Secretary of the Treasury, in concurrence with the Secretary of State and the Attorney General of the United States, to be an act of terrorism pursuant to the Federal Terrorism Risk Insurance Act.

XSE CERT 029 09 20

**2.** **Other Act(s) of Terrorism** means a violent act or an act that is dangerous to human life, property or infrastructure that is committed by an individual or individuals and that appears to be part of an effort to coerce a civilian population or to influence the policy or affect the conduct of any government by coercion, and the act is not a **Certified Act(s) of Terrorism**.

Multiple incidents of an **Other Act(s) of Terrorism** which occur within a 72 hour period and appear to be carried out in concert or to have a related purpose or common leadership shall be considered to be one incident.

**D.** In the event of any incident of a **Certified Act(s) of Terrorism** or an **Other Act(s) of Terrorism** that is not subject to this exclusion, coverage does not apply to any liability, damage, loss, cost or expense that is otherwise excluded under this policy.

All other terms and conditions of the policy remain unchanged.

XSE CERT 029 09 20

POLICYHOLDER DISCLOSURE
NOTICE OF CERTIFIED ACTS OF TERRORISM
INSURANCE COVERAGE
(COVERAGE INCLUDED)

Coverage for acts of terrorism is included in your policy, subject to the terms, conditions, provisions, limitations and exclusions set forth therein.  You are hereby notified that under the Terrorism Risk Insurance Act as amended in 2015, Section 102(1), the definition of "act of terrorism" is "any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security and the Attorney General of the United States, to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion."

Any coverage for acts of terrorism shall expire at 12:00 midnight December 31, 2027, the date on which the Terrorism Risk Insurance Act is scheduled to terminate, or the expiry of the policy, whichever occurs first, and shall not cover any losses or events which arise after the earlier of these dates.

Any coverage provided by your policy for acts of terrorism may be partially reimbursed by the United States Government under a formula established by the Terrorism Risk Insurance Act, as amended. However, your policy may contain other exclusions which might affect your coverage, such as an exclusion for nuclear events.  Under the formula, the United States Government pays 80% of covered losses resulting from acts of terrorism exceeding the statutorily established deductible paid by the insurance company providing the coverage. The Terrorism Risk Insurance Act, as amended, contains a $100 billion cap that limits U.S. Government reimbursement as well as insurers' liability for losses resulting from certified acts of terrorism when the amount of such losses exceeds $100 billion in any one calendar year. If the aggregate insured losses for all insurers exceed $100 billion, your coverage may be reduced.

The portion of your annual premium that is attributable to coverage for acts of terrorism does not include any charges for the portion of losses covered by the United States government under the Terrorism Risk Insurance Act.

XSE CERT 030 10 20