**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

GuideOne National Insurance Company,

Plaintiff,

-against-

Systems 2000 Plumbing Service, Inc.; 303 E. 37th Owners Corp.; Lauren Schloss; Jonathan Schloss; Carol Johanneson; Bjorn Johanneson; Angela Gianforcaro; Scott Klein; Deanna Hazan; Kallan McMillan; Gene Russo; Ricki Conn; Stephanie King; Nicole Giffuni; Michael Giffuni; Maria Marasigan; Sudha Uprety; Strathmore Insurance Company a/s/o 303 East 37th Street Owners Corp.; The Automobile Insurance Company of Hartford, CT as subrogee of Bjorn and Carol Johanneson; Lemonade Insurance Company, as subrogee of Kallan McMillan; Garrison Property and Casualty Insurance Company, a USAA Company, as subrogee of Lauren Schloss; Allstate, as subrogee of Stephanie King; Nationwide General Insurance Company, as subrogee of Maria Marasigan; Allstate, as subrogee of Nicole and Michael Giffuni;

Defendants.

-------------------------------------------------------------X

Systems 2000 Plumbing Services, Inc.,

Third-Party Plaintiff,

-against-

The Travelers Indemnity Company of Connecticut and BNC Insurance Agency, Inc.,

Third-Party Defendants.

-----------------------------------------------------------------X

22 **CIVIL** 5018 (JPO)

**JUDGMENT**

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Text Only Orders dated September 28, 2026, this action was tried by Judge

Oetken without a jury on December 8 through December 10, 2025 and was the subject of post-trial motion practice related to attorneys' fees and the Court has ordered that:

1. There was a mutual mistake between Systems 2000 Plumbing Services, Inc. ("Systems 2000") and GuideOne National Insurance Company ("GuideOne") as to coverage under the GuideOne Excess Policy;

2. The GuideOne Excess Policy must be reformed such that it contains no exclusion for work in residential buildings;

3. GuideOne is required to afford coverage to Systems 2000 under the Excess Policy for claims arising from the March 23, 2021, Manhattan fire loss. (ECF No. 165);

4. GuideOne's declination of coverage under the GuideOne Excess Policy reflects a construction of the policy that would have provided illusory coverage to Systems 2000;

5. The third-party claims asserted against The Travelers Indemnity Company of Connecticut and BNC Insurance Agency, Inc. are dismissed with prejudice as moot.

6. GuideOne and Systems 2000 agree that Systems 2000 is to recover from GuideOne the amount of $230,000 dollars for attorneys' fees, disbursements, interest, and costs. Post judgment interest will be awarded at the federal statutory rate set forth in 28 U.S.C. §1961 if the judgment is not paid within 30 days. (ECF 186); accordingly, the case is closed.

**Dated:** New York, New York
September 30, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. Mango

**Deputy Clerk**